IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BOBBY LEWIS WARNOCK**     **PLAINTIFF**
**ADC #127982**

v.     No. 4:23-cv-12-DPM

DEXTER PAYNE, Director,
Arkansas Department of Corrections;
SOLOMON GRAVES, Secretary,
Arkansas Department of Corrections     **DEFENDANTS**

## JUDGMENT

Warnock's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 November 2023